UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

MAKANDA DEVELOPMENT CO., INC.,

    Defendant.

Case No. 06-cv-4092-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated: October 27, 2006      By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**